Shelley N. Ripley, WSBA No. 28901
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201
Telephone:  (509) 624-5265
Facsimile:   (509) 458-2728
snr@witherspoonkelley.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LOGSDON and BRANDIE LOGSDON,<br><br>                    Plaintiffs,<br><br>     v.<br><br>INSTANT CASH LOANS ON CAR TITLES, INC. dba NORTHWEST TITLE LOANS; CAPITAL SOURCE FINANCE, LLC; SELECT MANAGEMENT RESOURCES, LLC; and ACTION RECOVERY SERVICES, LLC,<br><br>                    Defendants. | No.  2:17-cv-00281-TOR<br><br>CORPORATE DISCLOSURE STATEMENT |

The following disclosures are made pursuant to Federal Rules of Civil Procedure 7.1:

1.     Defendant Instant Cash Loans on Car Titles, Inc. is a Georgia

CORPORATE DISCLOSURE STATEMENT - 1
S1587492.DOC

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300            Fax: 509.458.2728

corporation that does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Defendant CapitalSource Finance, LLC is a Delaware limited liability company. CapitalSource Finance, LLC is a wholly owned subsidiary of PacWest Bancorp, a bank holding company. PacWest Bancorp is a publicly traded company.

3. Defendant Select Management Resources, LLC is a Georgia limited liability company that does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED this 17th day of August, 2017.

                            WITHERSPOON · KELLEY

By:  *s/ Shelley N. Ripley*
      Shelley N. Ripley, WSBA No. 28901
      422 W. Riverside Ave., Suite 1100
      Spokane, WA  99201
      Telephone:  509-624-5265
      Fax:  509-458-2728
      snr@witherspoonkelley.com
      *Attorneys for Defendants Instant Cash Loans on Car Titles, Inc., CapitalSource Finance, LLC, and Select Management Resources, LLC*



# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2017, I caused to be electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Alexander Burnaby Trueblood
alec@hush.com

Boyd McFadden Mayo
mack@bmayolaw.com; jackie@bmayolaw.com

Matthew Karl Sanger
jeannie@ssglaw.org; sanger@ssglaw.org

I hereby certify that I caused to have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

Kenneth L. Walhood
Blunck & Walhood, LLC
2350 Willamette Falls Drive
West Linn, OR  97068

I hereby certify that I caused to be electronically served via email to the foregoing document to the following participants:

Kenneth L. Walhood                    ken@bluncklaw.com
Attorney for Action Recovery
Services, LLC


*s/ Shelley N. Ripley*
Shelley N. Ripley, WSBA No. 28901

CORPORATE DISCLOSURE STATEMENT - 3
S1587492.DOC

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728