UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LOGSDON, and BRANDIE LOGSDON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ANDERSON FINANCIAL SERVICES, LLC dba NORTHWEST TITLE LOANS, SELECT MANAGEMENT RESOURCES, LLC, and ACTION RECOVERY SERVICES, LLC,<br><br>　　　　　Defendants. | NO: 2:17-CV-0281-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal (ECF No. 18). The stipulation was submitted for consideration without oral argument. The Court has reviewed the stipulation and the file herein and is fully informed.

//

//

ORDER OF DISMISSAL ~ 1

The parties advise the Court that this matter has settled and jointly request the case be dismissed with prejudice and all parties bearing their own fees and costs, pursuant to Rule 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this matter is **DISMISSED** with prejudice and without an award of fees or costs to either party.

2. All pending deadlines and hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, close the file, and furnish copies to counsel.

DATED September 24, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2